| | MTG BK 11998 PG 01152 to 01154 |
|---|---|
| **RECORDER OF DEEDS** <br> **MONTGOMERY COUNTY** <br> *Nancy J. Becker* <br><br> One Montgomery Plaza <br> Swede and Airy Streets ~ Suite 303 <br> P.O. Box 311 ~ Norristown, PA 19404 <br> Office: (610) 278-3289 ~ Fax: (610) 278-3869  | INSTRUMENT # : 2007004675 <br> RECORDED DATE: 01/10/2007 01:11:20 PM <br><br><br><br><br> **MONTGOMERY COUNTY ROD** |

| OFFICIAL RECORDING COVER PAGE | | Page 1 of 3 |
|---|---|---|
| **Document Type:** Mortgage Assignment <br> **Document Date:** 12/28/2006 <br> **Reference Info:** malerman | **Transaction #:** 31860 <br> **Document Page Count:** 2 <br> **Operator Id:** hschulte | |
| **RETURN TO:** <br> AMERICAN DOCS <br> 250 COMMERCE <br> 2ND FLOOR <br> IRVINE, CA 92867 | **SUBMITTED BY:** <br> AMERICAN DOCS <br> 250 COMMERCE <br> 2ND FLOOR <br> IRVINE, CA 92867 | |
| **\* PROPERTY DATA:** <br> Parcel ID #: <br> Address:           840 TIMBER LN <br><br>                        PA <br>                        19025 <br> Municipality: <br> School District: | | |
| **\* ASSOCIATED DOCUMENT(S):** <br> MTG BK 11903 PG 02987 | | |
| **FEES / TAXES:** <br> Recording Fee:Mortgage Assignment    $35.50 <br> **Total:**                                              $35.50 | MTG BK 11998 PG 01152 to 01154 <br> Recorded Date: 01/10/2007 01:11:20 PM <br><br> I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania. <br><br> *Nancy J. Becker* <br> **Nancy J. Becker** <br> **Recorder of Deeds** | |

# PLEASE DO NOT DETACH

## THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

RECORDING REQUESTED
AND PREPARED BY:
American Document Services Inc.
250 Commerce, 2nd Floor
Irvine, CA 92602
(714) 665-2800
ELIZABETH GARCIA (AMER DOCS)

And When Recorded Mail To:
American Document Services Inc
250 Commerce, 2nd Floor
Irvine, CA 92602
PARCEL #
Property Address:

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
UPPER DUBLIN
840 TIMBER LN
MALERMAN ARNOLD J & JOYCE F          $5.00
B 070D  U 025  L 27  1101  DATE: 01/09/2007    LO

_____ Space above for Recorder's use _____

Loan#:          Service#:

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **H&R BLOCK MORTGAGE CORP., A MASSACHUSETTS CORP., 20 BLANCHARD ROAD BURLINGTON MA 01803-0000**. By these presents does convey, grant, bargain, sell, assign, transfer and set over to: **OPTION ONE MORTGAGE CORPORATION, 3 ADA IRVINE CA 92618-0000**. The described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$279,900.00** is recorded in the State of **PENNSYLVANIA**, Township of **UPPER DUBLIN**, County of **MONTGOMERY** Official Records, dated and recorded on **SEPTEMBER 19, 2006, as Instrument No. 2006117182, in Book No. 11903, at Page No. 2987**.
Original Mortgagor: **ARNOLD J MALERMAN AND JOYCE F MALERMAN; HIS WIFE**. Original Mortgagee: **H&R BLOCK MORTGAGE CORPORATION; A MASSACHUSETTS CORPORATION**.
840 TIMBER LN, UPPER DUBLIN PA 19025.
Date: DECEMBER 28, 2006
H&R BLOCK MORTGAGE CORPORATION, A MASSACHUSETTS CORP.

By: _____
Rachel Warmack, Vice President

RECEIVED JAN 0 9 2007

Loan#: ▮▮▮▮▮▮▮▮   Srv#: ▮▮▮▮▮▮▮▮
Page 2

State of      **CALIFORNIA**         }
County of    **ORANGE**              } ss.

On **DECEMBER 28, 2006**, before me, **Elizabeth Garcia**, personally appeared **Rachel Warmack, Vice President of H&R BLOCK MORTGAGE CORPORATION, A MASSACHUSETTS CORP.** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
(Notary Name): Elizabeth Garcia

ELIZABETH GARCIA
COMM. #1685644
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Aug 30, 2010

I hereby certify that the precise address of the within named assignee is: 3 ADA IRVINE CA 92618-0000

By: _____
    **Rachel Warmack, Vice President**

LEGAL REC / INTERVENING ASSIGNMENT


Loa
MJU
Pin#
Prepared By: Gina Zeoli

SUBSEQUENT TO RECORDATION
PLEASE MAIL TO:
Vesta Land Transfer
Woodcrest Corporate Center
111 Woodcrest Road
Cherry Hill, New Jersey 08003

ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the receipt and sufficiency of which are hereby acknowledged, Sand Canyon Corporation f/k/a Option One Mortgage Corporation ("Assignor"), hereby assigns, grants, transfers and sets over, unto

Deutsche Bank National Trust Company as Trustee for HSI Asset Securitization Corporation 2007-OPT1 Mortgage Pass-Through Certificates, Series 2007-OPT1

its successors and assigns ("Assignee"), all of its right title and interest in and to that certain Mortgage, together with the indebtedness secured thereby, in the original principal sum of $279,900.00, dated 09/07/06 and recorded 09/19/06 among the Records of the Recorder of Deeds for Montgomery County, State of Pennsylvania, in Book 11903, Page 2987, from

Arnold J. Malerman and Joyce F. Malerman

To

H&R Block Mortgage Corporation

who Assigned to Assignor herein on 01/10/07 in Book 11998, Page 1152, covering premises lying and situated in the County/City and State aforesaid, the improvements thereon being known and designated as

840 Timber Lane
(Upper Dublin Township)
Dresher, PA 19025

TOGETHER with all right title and interest of Assignor in and to

all collateral loan documents and rights relating to said Mortgage.

TO HAVE AND TO HOLD the same unto said Assignee, its successors and assigns, to its and their proper use and benefit forever.

IN WITNESS WHEREOF, the Assignor has caused these presents to be duly executed by its proper officers under seal this __3rd__ day of __March__, 20 __10__.

ATTEST: Sand Canyon Corporation f/k/a Option One Mortgage Corporation

BY: _____  BY: _____
Name: Harold Nord III           Name: Michelle Halyard
Title: Assistant Secretary      Title: Vice President

I CERTIFY that the correct address of the within-named Assignee is: 4875 Belfort Road Jacksonville, FL 32256

Signatory: _____

State of Florida        (
County of Duval         (   SS

Be it remembered, that on this __3rd__ day of __March__, 20 __10__, before me, the subscriber, personally appeared __Harold Nord III__ and __Michelle Halyard__ who are the __Assistant Secretary__ and __Vice President__, respectively of the Assignor herein, who signed the within instrument and acknowledged that they signed, sealed with the corporate seal of the corporation and delivered the same as such officers as a voluntary act and deed of such corporation, made by virtue of a Resolution of its Board of Directors.

Notary Public,
My Commission Expires: 10/03/2010

Loa: [redacted]
MJU [redacted]
Prepared By: Gina Zeoli



TAMERA SANDOVAL
MY COMMISSION # DD601515
EXPIRES: October 03, 2010
FL Notary Discount Assoc. Co.

ALL THAT CERTAIN lot or piece of ground,

SITUATE in Upper Dublin Township, Montgomery County, Pennsylvania and described according to a Certain Plan thereof known as "Parkview Gardens - West" made for 1609, Inc. by C. Raymond Weir Associates, Inc., Civil Engineers and Surveyors, dated November 8, 1968 and last revised March 25, 1969, said Plan being recorded in the Office of the Recorder of Deeds for Montgomery County at Norristown, Pennsylvania in Plan Book B-15, Page 97, as follows, to wit:-

BEGINNING at a point on the Northwesterly side of Proposed Timber Lane (Fifty Feet wide) said point being the two following courses and distances from a point of curve on the Northwesterly side of Proposed Powers Place (Fifty Feet wide) (1) leaving Proposed Powers Place on the arc of a circle curving to the left having a radius of Ten Feet the arc distance of Fifteen and Seventy-one One-hundredths Feet to a point of tangent on the Northwesterly side of Proposed Timber Lane and (2) North Seventy-one Degrees Twenty-four Minutes East along the Northwesterly side of Proposed Timber Lane Seventy and Thirty-two One-hundredths Feet to the point of beginning.

CONTAINING in front or breadth Northeastwardly along the Northwesterly side of Proposed Timber Lane Eighty Feet and extending of that width in length or depth Northwestwardly between parallel lines at right angles to Proposed Timber Lane One Hundred Fifty Feet.

BEING known as Lot No. 27 as shown on the above mentioned Plan.





MTG BK 12799 PG 02386 to 02389
INSTRUMENT # : 2010019388
RECORDED DATE: 03/09/2010 03:03:59 PM

**RECORDER OF DEEDS
MONTGOMERY COUNTY
Nancy J. Becker**

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

**OFFICIAL RECORDING COVER PAGE** — Page 1 of 4

| | |
|---|---|
| **Document Type:** Mortgage Assignment | **Transaction #:** 1200179 - 1 Doc(s) |
| **Document Date:** 03/03/2010 | **Document Page Count:** 3 |
| **Reference Info:** | **Operator Id:** jdeal |
| **RETURN TO:** (Simplifile)<br>Vesta Land Transfer Corp<br>111 Woodcrest Road, Suite 102<br>Cherry Hill, NJ 08003<br>(856) 669-5816 | **SUBMITTED BY:**<br>Vesta Land Transfer Corp<br>111 Woodcrest Road, Suite 102<br>Cherry Hill, NJ 08003<br>(856) 669-5816 |

***PROPERTY DATA:**
Parcel ID #:
Address:         840 TIMBER LN

                 PA
                 19025
Municipality:    Upper Dublin Township (100%)
School District: Upper Dublin

***ASSOCIATED DOCUMENT(S):**
MTG BK 11903 PG 0298

| **FEES / TAXES:** | |
|---|---|
| Recording Fee:Mortgage Assignment | $54.00 |
| **Total:** | $54.00 |

MTG BK 12799 PG 02386 to 02389
Recorded Date: 03/09/2010 03:03:59 PM

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.



Nancy J. Becker
Recorder of Deeds

## PLEASE DO NOT DETACH
### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

NOTE: If document data differs from cover sheet, document data always supersedes.
*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.